UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRAD L. HULETT,

             Plaintiff,

-vs-

CITY OF SYRACUSE, WILLIAM COLEMAN,
WILLIAM GALVIN, JR., CENTRAL NEW YORK
REGIONAL TRANSPORTATION AUTHORITY d/b/a
CNY CENTRO, INC., MICHAEL ROBINSON,
LESTER WALLACE, EASTERN PARAMEDICS, INC.,
Doing business as RURAL/METRO CORPORATION,
MATT MAULE, and KYLE DREVERMAN,

             Defendants.

STIPULATION OF DISMISSAL
WITH PREJUDICE

5:14-cv-00152 (DNH/ATB)

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of the Northern District of New York, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that, whereas no party hereto is an infant or incompetent person, the above-entitled action and any claims and counterclaims be, and the same hereby dismissed with prejudice, without costs to either party as against the other. The parties agree that this Stipulation may be signed in counterparts.

Dated: 10/30/17

FREDERICK R. GUY, ESQ.
Attorneys for Plaintiff

By: _____
Frederick R. Guy, Esq.
3596 Pleasant Valley Road
Syracuse, NY 13215
(917) 355-8102

Dated:                                    MACKENZIE HUGHES LLP
                                          *Attorneys for Defendants, Central New York*
                                          *Regional Transportation Authority d/b/a*
                                          *CNY Centro, Inc., Michael Robinson and*
                                          *Lester Wallace*

                                          By: _____
                                              Stephen T. Helmer, Esq.
                                          Mackenzie Hughes Tower
                                          440 S. Warren Street, Suite 400
                                          Syracuse, NY 13215
                                          (315) 474-7571


Dated:                                    GOLDBERG SEGALLA LLP
                                          *Attorneys for Defendant, Eastern*
                                          *Paramedics, Inc. doing business as*
                                          *Rural/Metro Corporation, Matt Maule,*
                                          *And Kyle Dreverman*

                                          By: _____
                                              Aaron Schiffrik, Esq.
                                          5786 Widewaters Parkway
                                          Syracuse, NY 13214-1840
                                          (315) 413-5400


Dated:                                    *Attorneys for Defendant, City of Syracuse,*
                                          *William Galvin, and William Coleman*

                                          By: _____
                                              Joseph E. Fahey, Esq.
                                          City of Syracuse, Corporation Counsel
                                          Department of Law
                                          233 E. Washington Street, 300 City Hall
                                          Syracuse, NY 13202
                                          (315) 448-8400


IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated:   November 15, 2017
         Utica, NY

2